IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RASOL DELA CRUZ and CARRIE OBERTS,** on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **SMITHFIELD PACKAGED MEATS CORP.** <br><br> Defendant. | Case No. 1:23-cv-17032 <br><br><br> Hon. Matthew F. Kennelly |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES

Plaintiffs Rasol dela Cruz and Carrie Oberts ("Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully move this Court for entry of an order finally approving the Settlement Agreement in the above captioned action. In support of this Motion, Plaintiffs state as follows:

1. Following the Court-ordered Notice that was disseminated on September 5, 2025, following this Court's preliminary approval of the Settlement, the reaction of the Class has been overwhelmingly positive. As of this filing, approximately 425 claims have been received, validated, and approved for payment. There are **zero** objections to the Settlement and only 2 Class Member Households have chosen to opt-out. As a result of this exceptional response from the Class, Plaintiffs now move for final approval of the Settlement.

2. Plaintiffs filed this case on December 22, 2023, against Defendant Smithfield Packaged Meats Corp. ("Defendant" or "Smithfield") bringing claims of private nuisance, public

1

nuisance, and negligence based on allegations that Defendant's ownership and operation of a dried meats processing facility and wastewater treatment plant in St. Charles, Illinois emitted noxious odors that interfered with surrounding residents' use and enjoyment of their private properties.

3. The Parties have extensively litigated this case in the nearly two years since it was filed, including, but not limited to: substantial pre-suit investigation by Plaintiffs' Counsel, multiple sets of written discovery requests, voluminous document exchange and review, depositions of the Plaintiffs and Defendant's corporate representative, production of expert reports, expert discovery and depositions, and lengthy briefing related to Plaintiffs' Motion for Class Certification and the Parties' respective *Daubert* challenges. At the time this Settlement Agreement was reached, the issue of class certification was fully briefed.

4. To avoid the costs, risks and expenses of further litigation, the Parties engaged in lengthy, arm's-length settlement negotiations to determine whether a resolution could be reached prior to a decision on Plaintiffs' Motion for Class Certification.

5. Based upon their investigation, extensive discovery, motion practice, and independent evaluations of the facts and law relating to the matters alleged in this action, Plaintiffs, Class Counsel, and the Class have agreed to settle the lawsuit pursuant to the terms of the Settlement Agreement.

6. The terms of the proposed Settlement are fully set forth in the Settlement Agreement and include $550,000 in direct monetary relief to Plaintiffs and the Class to be allocated pursuant to the procedures outlined in the Settlement Agreement.

7. The Settlement Agreement defines the Class as follows:

**All owner/occupants and renters of residential property residing within one and two tenths (1.2) miles of the Smithfield Packaged Meats Facility located at 410 S. Kirk Road in St. Charles, Illinois within 5 years of the date of filing and any Households**

**that returned a Resident Data Sheet to Plaintiffs' Counsel prior to September 29, 2024.**

8. The proposed Settlement was achieved through good faith, arm's-length negotiations with the assistance of experienced neutral mediator Hon. Elizabeth Budzinski (Ret.) of ADR Systems.

9. On July 21, 2025, Plaintiffs presented the Settlement to the Court and moved for an order preliminarily approving the Settlement. Following supplemental filings in support of preliminary approval on August 14 and a preliminary approval hearing on August 15, the Court granted preliminary approval on August 15.

10. Through the preliminary approval order, the Court determined that the Settlement was "fair, reasonable, and adequate," subject to further consideration at the Final Fairness Hearing. Further the Court conditionally certified the Class and approved the proposed notice program as compliant with Fed.R.Civ.P. 23(e). The Court directed Class Counsel to disseminate the notice and claim form via first class U.S. Mail to the Class.

11. A Final Fairness Hearing is set for November 13, 2025, at 9:00 a.m., at which time the Court may consider any objections and whether to grant final approval of the proposed Settlement.

12. Pursuant to the Preliminary Approval Order and the terms of the Settlement Agreement, the notice program has been successfully executed.

13. On September 5, 2025, Class Counsel disseminated the approved Class Notice, along with a claim form, to all available residential addresses within the Class Area.

14. On September 5 and 12, 2025, the approved short form notice was published in the Daily Herald, a newspaper of general circulation within the Class Area.

3

15. Class Counsel additionally created a Settlement Website, hosted at www.lsccounsel.com/smithfield, where copies of the Notice, Claim Form, Settlement Agreement, Class Area Map, and Complaint were published and made available to Class Members.

16. Class Counsel is pleased to report that the reaction of the Class to the proposed Settlement has been overwhelmingly positive, with approximately 425 claims received, validated, and approved for payment at the time of this filing.[1]

17. Following direct mail notice, no objections to the Settlement were received and only two Class Member Households elected to opt-out of the Settlement.

18. For the reasons discussed in greater detail in the contemporaneously filed Memorandum in Support, Plaintiffs respectfully request that the Court grant final approval of the Settlement Agreement by entering the Proposed Final Judgment and order attached thereto as **Exhibit 4**, granting:

   a. Final approval of the Settlement as fair, reasonable, and adequate;

   b. Final certification of the Class for settlement purposes;

   c. Final appointment of Rasol dela Cruz and Carrie Oberts as Class Representatives;

   d. Final appointment of Class Counsel;

   e. Plaintiffs' request for attorney's fees in the amount of $165,000 and reimbursement of litigation costs in an amount not to exceed $40,000; and

   f. Incentive awards of $5,000 to Plaintiffs dela Cruz and Oberts.

---

[1] Class Counsel remains in the process of reviewing and verifying around a dozen additional claims which were timely but incomplete.

WHEREFORE, Plaintiffs, on behalf of themselves and the Settlement Class, respectfully request that the Court grant this Motion and enter the proposed Final Approval Order attached to the Memorandum in Support as **Exhibit 4**.

Dated: October 30, 2025                                Respectfully Submitted,

*/s/ D. Reed Solt*
Steven D. Liddle*
Laura L. Sheets*
D. Reed Solt*
*Admitted Pro Hac Vice
**LIDDLE SHEETS P.C.**
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015
Fax: (313) 392-0025
sliddle@lsclassaction.com
lsheets@lsclassaction.com
rsolt@lsclassaction.com

*Attorneys for Plaintiff*