# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Rasol Dela Cruz, et al.

                      Plaintiff,

v.                                      Case No.: 1:23−cv−17032
                                            Honorable Matthew F. Kennelly

Smithfield Packaged Meats Corp.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 11/13/2025. Oral ruling made on the plaintiffs' motion for final approval of class action settlement [85]. The motion for final approval of class action settlement [85] is granted. Final Order and Judgment Approving Class Action Settlement to follow. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.